# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JASON M. CHAFFIN

NO. 2021 KW 1627

**FEBRUARY 14, 2022**

In Re: Jason M. Chaffin, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 497,586.

**BEFORE: McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT DENIED.**

PMc
JEW
MRT

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT